

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:     01-14-01019-CR

Trial Court Cause
Number:     1398928

Style:     Hung Le

    **v** The State of Texas

Date motion filed[*]:     January 10, 2018

Type of motion:     Motion for extension of time to file a motion for rehearing

Party filing motion:     Appellant, Hung Le

Document to be filed:     Motion for rehearing

Is appeal accelerated? ☐ Yes    ☒ No

If motion to extend time:

     Original due date:        December 27, 2017

     Number of previous extensions granted:    None

     Date Requested:        None

Ordered that motion is:

    ☒   Granted

       If document is to be filed, document due:

         ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

         ☒ The Court will not grant additional motions to extend time.

    ☐   Denied

    ☐   Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐   Other: _____

   The motion for rehearing is **due** January 26, 2018. All other relief requested is **denied**.

Judge's signature: /s/ Michael Massengale
       ☒ Acting individually     ☐ Acting for the Court

Date: January 11, 2018